**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CARLOS L. REYNOSO,,

               Plaintiff,                       23 **CIVIL** 11201 (SN)

    -v-                                   **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated July 17, 2024, that the final decision of the

Commissioner be reversed and the above-captioned action be remanded to the Commissioner of

Social Security for further administrative proceedings pursuant to the fourth sentence of 42

U.S.C. § 405(g), including that Plaintiff will be offered a hearing. The parties also consent to the

entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York

     July 18, 2024

                                     **DANIEL ORTIZ**
                               **Acting Clerk of Court**

               **BY:** _____

                                  **Deputy Clerk**