UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CARLOS L. REYNOSO,

                        **Plaintiff,**

           -against-

COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**

--------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___ 10/16/2024 ___ |

23-CV-11201 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are directed to meet and confer to address the plaintiff's motion for an award of attorneys' fees and costs in an effort to conserve judicial and attorney resources. Within 30 days of the plaintiff's motion, the government shall file either a stipulation regarding the motion, or an opposition to the plaintiff's motion. Any reply may be filed 14 days later.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
              October 16, 2024